# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE J. MEGEL,<br><br>        Plaintiff,<br><br>vs.<br><br>KEEPING UP WITH THE JONESES, INC., d/b/a JONES BROS CUPCAKES,<br><br>        Defendant. | 8:18CV201<br><br>**ORDER** |

Following a settlement conference held with the undersigned magistrate judge on January 24, 2018, the parties have settled this case. Accordingly,

**IT IS ORDERED:**

1. On or before **March 25, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 24th day of January, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge